# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COM. OF PENNSYLVANIA, | : No. 134 MM 2016 |
| Respondent | : |
| v. | : |
| STEVEN J. GUZIEWICZ, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW,** this 30th day of September, 2016, Petitioner's Emergency Petition for Extraordinary Jurisdiction and Application for Leave to File Reply are **DENIED**.